BEFORE THE SECOND DIVISION, JULY 20, 1951

**No. 55773.**—How Kee & Co. *v.* United States, protest 988478–G (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55774.**—Thalson Co. *v.* United States, protest 120018–K (Los Angeles).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55775.**—H. A. Mack & Co. *v.* United States, protests 144235–K and 144236–K (Boston).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55776.**—The Carron Net Company *v.* United States, protest 153511–K (Milwaukee).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 55777.**—W. R. Zanes & Co. of La., Inc. *v.* United States, protest 157053–K/13060 (New Orleans).

Opinion by LAWRENCE, J. The protest was dismissed.